# Third District Court of Appeal

## State of Florida

Opinion filed March 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-372
Lower Tribunal Nos. F04-22001A, F04-23283D, F04-22000, F04-22003, F04-22326, F04-22322A, F04-22841, F04-22319B, F04-22828A, F04-22416, and F04-23492A

_____

**Christopher Rivera,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard L. Hersch, Judge.

Christopher Rivera, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and FERNANDEZ and MILLER, JJ.

PER CURIAM.

Affirmed.  See State v. Mancino, 705 So. 2d 1379 (Fla. 1988); Sanchez v. State, 979 So. 2d 1004 (Fla. 3d DCA 2008).